## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **EDDIE JAMES PERKINS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-0725-CG-C |
| **ROBERT CLAYTON, et al.,** | : | |
| Defendants. | : | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, no costs to be taxed.

**DONE and ORDERED** this 3rd day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE